**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6732**

———————

MALCOLM MUHAMMAD,

              Plaintiff – Appellant,

        and

MARVIN ELEY; DAVID FOLTZ,

              Plaintiffs,

        v.

L. J. FLEMING, Warden; T. BARBETTO; S. FULLER; R. PERKINS,

              Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (7:14-cv-00421-JLK-RSB)

———————

Submitted:  September 15, 2015        Decided:  October 14, 2015

———————

Before KING, WYNN, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Malcolm Muhammad, Appellant Pro Se. Kate Elizabeth Dwyre, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Muhammad appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Muhammad v. Fleming, No. 7:14-cv-00421-JLK-RSB (W.D. Va. Apr. 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED